**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  MARJORIE A MONAHAN | : | No. 17-16246 elf |
|  | : |  |
| Debtor | : | Chapter 13 |

## PRAECIPE

TO THE CLERK:

Kindly withdraw the from the docket entry # 71 "Certificate of No Response to *Second Motion to Modify Plan after Confirmation*" erroneously filed on July 10, 2019.


DATE: *July 10, 2019*        BY:   */s/ Lynn E. Feldman, Esquire*
                                                            Lynn E. Feldman, Esquire
                                                            Chapter 7 Trustee
                                                            PA   I.D. No. 35996
                                                            221 N. Cedar Crest Blvd.
                                                            Allentown, PA  18104
                                                            (610) 530-9285