| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-16246-PMM

MARJORIE A. MONAHAN
1214 W. GORDON ST.
ALLENTOWN  PA    18102-5617

Petition Filed Date: 09/13/2017
341 Hearing Date: 11/28/2017
Confirmation Date: 07/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/31/2019 | $100.00 | Automatic Payı | 09/03/2019 | $100.00 | Automatic Payı | 10/01/2019 | $100.00 | |
| 10/31/2019 | $100.00 | | 12/03/2019 | $100.00 | | 01/02/2020 | $100.00 | |
| 01/31/2020 | $100.00 | | 03/02/2020 | $100.00 | | 03/31/2020 | $100.00 | |
| 05/01/2020 | $100.00 | | 06/02/2020 | $100.00 | | 07/01/2020 | $100.00 | |
| 07/31/2020 | $100.00 | | | | | | | |

**Total Receipts for the Period: $1,300.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  006 | Unsecured Creditors | $689.64 | $0.00 | $689.64 |
| 3 | ALLENTOWN SCHOOL DISTRICT<br>»»  003 | Secured Creditors | $18,392.45 | $1,434.45 | $16,958.00 |
| 9 | ALLENTOWN SCHOOL DISTRICT<br>»»  009 | Secured Creditors | $6,466.37 | $504.32 | $5,962.05 |
| 1 | BRANCH BANKING & TRUST CO<br>»»  001 | Unsecured Creditors | $161.06 | $0.00 | $161.06 |
| 7 | CACH, LLC<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LEHIGH CO TAX CLAIM BUREAU<br>»»  005 | Secured Creditors | $6,069.74 | $473.39 | $5,596.35 |
| 8 | MERRICK BANK<br>»»  008 | Unsecured Creditors | $267.19 | $0.00 | $267.19 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $1,977.82 | $0.00 | $1,977.82 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  02P | Secured Creditors | $1,934.69 | $43.60 | $1,891.09 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  002 | Secured Creditors | $1,795.63 | $140.04 | $1,655.59 |
| 10 | LYNN E FELDMAN ESQ<br>»»  010 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 11 | LYNN E FELDMAN ESQ<br>»»  011 | Attorney Fees | $2,500.00 | $0.00 | $2,500.00 |

Chapter 13 Case No. 17-16246-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,350.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $5,595.80 | Arrearages: | $40,544.00 |
| Paid to Trustee: | $575.10 | Total Plan Base: | $47,894.00 |
| Funds on Hand: | $1,179.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/  for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.