United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16246-pmm
Marjorie A. Monahan                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4      User: Virginia          Page 1 of 2           Date Rcvd: Sep 03, 2020
                          Form ID: pdf900         Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.
```
db              Marjorie A. Monahan,    1214 W Gordon St,    Allentown, PA  18102-5617
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14024875       +Allentown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13983024       +Allentown School District,    Box 391 C/O Portnoff,    Norristown, PA 19404-0391
13983025        Apex Asset,    2501 Oregon Pike Ste 102,    Lancaster, PA  17601-4890
14060518        CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13983027       +Lehigh County Tax Claim Bureau,    1170 Highway 315, Suite 2,    Plains, PA 18702-6906
13983028        Lehigh County Tax Claim Buruea,    17 S 7th St,    Allentown, PA  18101-2401
13983030        Northeast Revenue Service,    410 Center Ave,    Jim Thorpe, PA  18229-1210
13983031        PP&L,    827 Hausman Rd,    Allentown, PA  18104-9392
14001325       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13983032        Toyota Motor Credit Corporation,    PO Box 5236,    Carol Stream, IL  60197-5236
14229347       +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13983033        UGI Of Reading,    PO Box 15523,    Wilmington, DE  19850-5523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 04 2020 04:06:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 04 2020 04:06:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13989930       +E-mail/Text: bankruptcy@bbandt.com Sep 04 2020 04:05:57      BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
13985990       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 04 2020 04:09:32
                 BMW Financial Services NA, LLC Department,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
13983026        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 04:09:31      Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT  84130-0281
14058473       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2020 04:10:07      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14061983        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 04:10:02      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13983029        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 04:09:04      Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY  11804-9001
14031596        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 04:09:05
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Allentown School District,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +BMW Financial Services NA, LLC Department,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
14361271*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: Virginia              Page 2 of 2               Date Rcvd: Sep 03, 2020
                               Form ID: pdf900             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:

```
          JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    on behalf of Debtor Marjorie A. Monahan feldmanfiling@rcn.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　MARJORIE A. MONAHAN<br><br>　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 17-16246PMM |

ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 3, 2020**

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT